FILED
CLERK, U.S. DISTRICT COURT
8/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY RYO DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Maruzella Bognoli
Po Box 921774
Sylmar, California 91392

Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maruzella Bognoli | ( **Case No.** |
| Plaintiff without an attorney | ( 2:25-cv-04569-MWF-(SSCx) |
| vs. | ( Response to BK filling |
| Acton Agua Dulce Unified School And Sedgwick Insurance Company | ( Stephen M. Harber and Asheesh R. Mohindru |

---

PLAINTIFF, Maruzella Bognoli, ("PLAINTIFF") self represented in this matter opposes to the motion from McCune and Harber, LLP request to dismiss the employment lawsuit due to filing Bankruptcy which was filed by attorneys Stephen M. Harber and Asheesh R. Mohindru.

It is true that I filed for Bankruptcy on May 23, 2025 and failed to notify the court handling this lawsuit because I was unaware that I was legally obligated to do so. I filed from Bankruptcy without legal representation; therefore, I only notified the creditors. The case was converted on July 15, 2025 from chapter 13 to chapter 7 because I do not have the income to repay the debts due to financial distress which as the court is aware were exacerbated when Acton Agua Unified School District terminated my employment knowingly that I was unable to work due to a medical condition. The case is at the beginning stages because it was recently converted and the trustee is requesting that I re-file. A meeting that was held on August 6, 2025 was postponed for this reason until September.

My last day of employment was April 11, 2025 since then I have no income and I'm not eligible for unemployment because I'm not physical able to work. I'm disqualified from disability benefits because Acton Agua Dulce Unified School District is not legally

obligated to contribute to the state disability; therefore, I'm not able to file for disability benefits either. As the court is aware, I was unable to purchase my own disability coverage because the district hired me under certificated criteria and then once I was onboard notified me that I was under a different category without union rights. This was all documented on the initial summon filing.

I have come to realize since I received the letter from McCune and Harber, LLP that the Chapter 7 trustee should be involved in this matter in the event that an award is settled at the end of this case. I urge the court to allow me to petition the Trustee to handle this case myself and comply with anything that the Bankruptcy court wants me to comply with in order to move this lawsuit case forward. The trustee is aware of the lawsuit as it was reported on the initial filing as well as the currently closed worker's compensation case.

The court should not dismiss the plaintiff's case wrongful termination lawsuit against Acton Agua Dulce Unified School District and Sedgwick Insurance Company, despite the bankruptcy filing because:

1. **The wrongful termination claim arose before the bankruptcy filing.** The acts constituting wrongful termination occurred prior to the plaintiff's bankruptcy petition, and the lawsuit as a potential asset became part of the estate upon filling.

2. **The plaintiff's bankruptcy filing does not diminish the validity of the wrongful termination claim.** The merits of the lawsuit and the employer's liability for the wrongful termination remain independent of the plaintiff's bankruptcy status.

3. **Potential for recovering as an asset of the bankruptcy estate.** Any settlement or judgment proceeds from the lawsuit would become part of the bankruptcy estate, available to pay the plaintiff's creditors. This will align the bankruptcy's code to maximize asset recovery for creditors.

4. **Judicial estoppels arguments for dismissal are misplaced.** Cases where dismissal was warrant due to failure to disclose a lawsuit bankruptcy filings are distinguishable. In this case the lawsuit arose and plaintiff's disclosed it on the bankruptcy initial filing showing that in case that a settlement was awarded the monies would be part of the state. The worker's compensation case was also disclosed, although it is on pause at

this moment. Plaintiff did not report to this federal court because it did not know that the court needed to be informed of plaintiff's assets. This is no longer a concern as the court is now informed and plaintiff is asserting that this matter will be addressed with the trustee and the bankruptcy court during the upcoming meeting of debtors in September of 2025. Plaintiff's is also willing to amend any document in order to comply with any pertinent laws in the bankruptcy proceedings or this court and provide prove to the court.

5. **Dismissing the lawsuit punishes the plaintiff for seeking financial relief.** Dismissal unfairly penalizes the plaintiff for utilizing her legal right to seek bankruptcy protection, while also impeding the recovery efforts for creditors in the bankruptcy case.

6. **There are alternatives to dismissing the case.** The options can address the court's concerns about the lawsuit by having the bankruptcy court or the trustee explore the option to pursue the lawsuit on behalf of the state or discharge it to the plaintiff to pursue as she sees it fit.

7. **Preservation of the wrongful termination lawsuit supports the integrity of the legal system.** Allowing the lawsuit to proceed upholds the principle that individuals should not be wrongfully terminated and that employers who violate the law should be held accountable. AADUSD continues to violate my employment rights even as I no longer work for them.

Furthermore, Acton Agua Dulce Unified School District continues to make serious legal mistakes with the manner that my employment termination was handled. Legally, I was suppose to receive a letter notifying me as to when my benefits were terminated as well as the options that I had moving forwards. Instead received an email after, I pursued that information which is does not coincide with the information that Anthem Blue Cross sent via USPS. The district reported to me that the last day of my coverage was 5/31/25 as this was the last time that I made a payment. Anthem Blue Cross sent a letter to the wrong address which I received on 8/11/25 indicating that my coverage ended 7/31/15. It is important for the court to know that the AADUSD is a self insured public system. Anthem Blue Cross is only hired as a front to manage their beneficiaries.

Therefore, dismissing the wrongful termination lawsuit due to plaintiff's bankruptcy filing would be premature and detrimental to the bankruptcy estate as well as creditors and contrary to

the principles of justice and employee protection. The plaintiff reported it during the initial filing fully knowing that the petition is a document of public knowledge. The court can verify this information as well.

On August 11, 2025, I received a letter via USPS to my mailing address. The letter is dated August 7th, 2025 and was not certified which raises questions as to when the 14 days timeline to respond to such motion really began. The defense attorneys are not forthcoming with the law related to the proof of service regulations. It is my assertion that the defense is creating a hardship in terms of a fair, ethical and legal defense in order to prevent me from continuing with this lawsuit against their defendants. They are not responding to my written requests to discuss the matter in hand; therefore, creating more confusion by not disclosing legal information.

It is the plaintiff's believe that this was an attempt to dismiss a case that can be potentially be ruled in favor of the plaintiff as more unethical and illegal acts are committed against her. Plaintiff recently received a letter headed by Keenan indicating that Mr. Mohindru was representing Acton Agua Dulce Unified School District. The plaintiff did not file a complaint against Keenan, the medical claims were processed and decisions were made by Sedgwick and AADUSD. They were both served documents. Ultimately in an effort to understand the legal stand, the plaintiff reached out to the defense attorney and received no answer. It is the plaintiff's allegation that this matter is been handled in an unethical manner. This stand can only create a lengthier and more costly lawsuit for all involved.

Plaintiff is requesting that the court allows her to continue with the lawsuit as planned. Summonses were served and proofs of service were provided to the clerk. Due to the inability to provide file document digitally, the plaintiff was unable to notify the court that the she is ready for the discovery phase.

**PRAYER**

WHEREFORE, PLAINTIFF requests relief as follows:

1. For the court to continue the lawsuit with the knowledge that It is the plaintiff's believe that this was an attempt to dismiss a case that can be potentially be ruled in favor of the plaintiff as more unethical and illegal acts are committed against her. Plaintiff recently received a letter headed by Keenan indicating that Mr. Mohindru was representing Acton Agua Dulce Unified School District. The plaintiff did not file a

complaint against Keenan, the medical claims were processed and decisions were made by Sedgwick and ultimately in an effort to understand the legal stand, the plaintiff will negotiate with the trustee the release of the lawsuit to her.

2. Instruct the defense attorney to disclose the true nature of his legal representation as Keegan has no bearing in this case.

3. The plaintiff's is ready to enter discovery and is waiting for the defense should the court allow her to continue with the lawsuit.

4. If the court believes that there is no merit in this lawsuit. It is the applicant's prayer that the court leaves a legal possibility to re-file should the bankruptcy case be handled.

3. For such other and further relief as the Court may deem proper.

M B

Maruzella Bognoli
08/12/2025
PLAINTIFF, self represented

**Exhibits attached**

Exhibit "A"

**DAVID K. GOTTLIEB, CHAPTER 7 TRUSTEE**
**21650 Oxnard St., Suite 500**
**Woodland Hills, CA 91367**
**Telephone: (818) 539-7720**
**Email: dgottlieb@dkgallc.com**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In Re: | Case No.: 25-10897-MB |
| MARUZELLA BOGNOLI | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]) |

TO THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY OF RECORD,

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to September 10, 2025 at 11:30 AM at TR-7, ZOOM MEETING: (MEETING ID: 845-676-2532/PASSCODE: 6191335280). FOR INSTRUCTIONS CONTACT THE TRUSTEE for the following reason(s):

Other: Proof of ID, SSN and Most recently filed tax return

/s/ David K. Gottlieb
DAVID K. GOTTLIEB, TRUSTEE

I certify that I served the above debtor(s), debtors counsel of record, if any, on August 07, 2025

/s/ Renee Johnson
Renee Johnson, Administrator

**PLEASE SUBMIT A VALID COLOR COPY OF YOUR PHOTO ID AND PROOF OF FULL SOCIAL SECURITY NUMBER AT LEAST 7 DAYS PRIOR TO THE CONTINUED MEETING OF CREDITORS.**

MARUZELLA BOGNOLI
PO Box 921774
Sylmar, CA 91392

Exhibit "B"

Debtor 1 Maruzella (First Name) (Middle Name) Bognoli (Last Name) Case number (if known)

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Industrial Injury<br>Case number: 20242000236 | Denial status, but in a process of an appeal | Worker's compensation Board Appeal in Van Nuys (Court Name)<br>6150 Van Nuys Blvd. Suite # 105 (Number Street)<br>Van Nuys (City) CA (State) 91401-3370 (ZIP Code) | ☐ Pending<br>☑ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name<br>Number Street | Explain what happened<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished. | | $ |

Exhibit "C"



Gmail [redacted]

## Conclusion of 50% Differential Pay under Ed Code 44977

2 messages

**Khai Nguyen** [redacted] Wed, Apr 16, 2025 at 7:16 AM
To: [redacted]

Good morning Maruzella,

Pursuant to **Education Code Section 44977**, the five-month period of **50% differential pay** began on **December 11, 2024**, and concluded on **April 11, 2025**.

As a result, the **May 1, 2025 payroll** will reflect differential pay covering the period from **April 1 through April 11, 2025**. No further compensation is due under this provision after April 11, 2025.

Kind regards,

--

Khai Nguyen,
Assistant Superintendent of Business Services
Acton-Agua Dulce Unified School District
32248 Crown Valley Road
Acton, CA 93510

Exhibit "D"

Anthem Blue Cross Life and Health Insurance Company

July 13, 2025

# Here's proof of health benefits, if you need it

Sometimes, another health plan needs to know when you had health benefits. They might ask for a Notice of Group Health Plan Coverage, a Certificate of Creditable Coverage, or just a certificate of coverage.

You can use this letter for that purpose. Here are the details about your Anthem Blue Cross health plan.

## Certificate details

**Date of this notice**
07/13/2025

**Issued by**
Anthem Blue Cross Life and Health Insurance Company
P.O. BOX 629
WOODLAND HLS,CA 91365

**Subscriber name**
MARUZELLA BOGNOLI

**Group health plan name**
CVT - CALIFORNIAS VALUED TRUST

**Member ID**
[redacted]

| Name | Date benefits began | Date benefits end |
|---|---|---|
| MARUZELLA BOGNOLI | 08/01/2024 | 07/01/2025 |

If you have questions, please call us at the Member Services number on your ID card.

– Your Anthem Blue Cross team

Anthem

"Exhibit 5"

(310) 212-3344

Keenan

2355 Crenshaw Blvd., Suite 200
Torrance, CA 90501
P.O. Box 4328
Torrance CA 90510-4328

(800)654-8102
(310)212-6847 fax
www.keenan.com
CA License #0451271

amohindru@mccuneharber.com
Asheesh Rai Mohindru
#254219
515 S. Figueroa St #1100
Los Angeles, CA 90071-3328

July 08, 2025

Maruzella Bognoli
P.O. Box 921774
Sylmar, CA 91392

RE: Maruzella Bognoli vs. Acton-Agua Dulce Unified School District
Keenan Claim No.: 657443

Dear Ms. Maruzella:

We are the Claims Administrator for the self-insured Acton-Agua Dulce Unified School District. Our client has notified us of your case. Please be advised tht the defense of this matter is being assigned to Ash R. Mohindru of McCune & Harber, who can be reached at (213) 689-2500. We request that you direct all future correspondence and inquiries to Mr. Mohindru or this office.

Please be advised that under Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007, liability insurers and self-insurers are mandated by law to report all liability claims to the Centers for Medicare and Medicaid Services (CMS). Therefore, it will be necessary for the attached form to be completed and returned to our office.

Sincerely,
Bridget Silva

Bridget Silva
Sr. Claims Examiner
bsilva@keenan.com
Property & Liability Claims Administration

Enclosure: Medicare Safe Harbor form

cc: Acton-Agua Dulce Unified School District (via email only)
Ash R. Mohindru, Esq., McCune & Harber (via email only)

Exhibit "F"

Gmail [redacted]

## Keenan Claim # 657443

1 message

[redacted] Tue, Jul 15, 2025 at 9:58 AM
To: amohindru[redacted]

Good morning Attorney Asheesh Rai Mohindru:

I received your letter dated 07/08/25 which is originated from Keenan. The letter indicates that you are representing Acton Agua Dulce Unified School District on the already filed employment lawsuit against them. I'm somewhat confused as to how Keenan became involved in this case. I'm representing myself and the summon was directed to Sedgwick Inc. and AADUSD.

I'm also reaching out to you because Keenan sent me a form to complete; however, I have no dealings with them at this moment and I have no knowledge of their involvement with my case. Please advise what exactly this is about and the nature of your legal representation such as who is your client.

I will like to meet in person with you to discuss your response. Please feel free to send me correspondence to my mailing address and please send me a phone number to contact you.

Regards,
Maruzella Bognoli

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 921774
Sylmar, CA 91392

A true and correct copy of the foregoing document entitled (*specify*): Response to Bankruptcy filimg

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/13/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Sedgwick Insurance Company, Attorney Steven A. Barnes
701 S Parker St Ste 5000,
Orange, CA 92868-4749

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/13/2025 | John Smith | John Smith |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 921774
Sylmar, CA 91392

A true and correct copy of the foregoing document entitled (*specify*): Response to Bankruptcy filling

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/13/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Asheesh Rai Mohindru
515 South Figueroa Street #1100.
Los Angeles, CA 90071

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/13/2025 | John Smith | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 921774
Sylmar, CA 91392

A true and correct copy of the foregoing document entitled (*specify*): Response to Bankruptcy filing

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/13/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
dgottlieb@dkgallc.com
Peter.C.Anderson@usdoj.gov

☑ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/13/2025 | John Smith | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |