UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 25-4569-MWF(SSCx)** | Date: August 21, 2025 |
| Title | ***Maruzella Bognoli v. Acton Agua Dulce Unified School District, et al.*** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

Due to recent filings in this action, the Court has reviewed the docket.  The following is a summary of the relevant filings:

- May 21, 2025:  Plaintiff filed her Complaint.  (Docket No. 1).  Pursuant to Federal Rule of Civil Procedure 4(m), the last day to serve the Summons and Complaint expired today, August 19, 2025.
- May 28, 2025:  the Court filed a Self-Representation Order.  (Docket No. 7).  Plaintiff is urged to review this Order for information about the Court's Pro Se Clinic.
- June 11, 2025:  the Court filed an Order Granting Application for Pro Se Electronic Filing in response to Plaintiff's Application.  (Docket Nos. 8, 9).  This Order was mailed by the Court, but returned because Plaintiff had not yet notified the Court of her new address.  (See Docket No. 13).  Plaintiff should review this Order for information on how she may electronically file documents in this action.
- June 27, 2025:  Plaintiff filed Proof of Service as to Defendant Acton Agua Dulce Unified School District ("AAD-USD") reflecting personal service of the Summons and Complaint on Lester Mason, President of the Board of Trustees, on June 26, 2025.  (Docket No. 11).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-4569-MWF(SSCx)**                                        Date:  August 21, 2025

Title        ***Maruzella Bognoli v. Acton Agua Dulce Unified School District, et al.***

- July 2, 2025:  Plaintiff filed Proof of Service as to Defendant Sedgwick Insurance Company ("Sedgwick") reflecting personal service of the Summons and Complaint on "Manager Sally Wanda for Attorney Steven Barnes" on July 1, 2025.  (Docket No. 12).
- August 7, 2025:  Defendant AAD-USD filed Notice of Bankruptcy Filing by Plaintiff Maruzella Bognoli (the "BK Notice").  (Docket No. 14).
- August 11, 2025:  Defendant AAD-USD filed Proof of Service of the BK Notice.  The Proof of Service was filed without a pleading face page.  (Docket No. 15).
- Augst 13, 2025:  Plaintiff filed a Response to BK Filling [sic] Stephen M. Harber and Asheesh R. Mohindru.  (Docket No. 17).

Defendant AAD-USD filed the BK Notice as a "courtesy notice to cure Plaintiff's failure to notify the Court of the pending bankruptcy proceedings."  (BK Notice, at 2).  At the time of filing the Notice, counsel for Defendant AAD-USD did not enter their appearance on the docket.

Based on the history in this action, the Court now **ORDERS** the parties to **SHOW CAUSE** as follows:

PLAINTIFF:  The Court believes the Proof of Service as to Defendant Sedgwick may be deficient.  Attorneys are not authorized to accept service on behalf of a client as a default rule, though they may be authorized given certain factual circumstances.  Plaintiff has given no indication that the attorney served here is authorized to accept service on behalf of Defendant Sedgwick.  Further, the records of the California Secretary of State reflect that there is no entity registered in California named "Sedgwick Insurance Company."  Even if Plaintiff has incorrectly named the Sedgwick entity as a Defendant, it does not appear that Defendant has been properly served.  The Court will allow Plaintiff to file an untimely Proof of Service for Defendant Sedgwick Insurance Company.  Any such

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-4569-MWF(SSCx)**                                        Date:  August 21, 2025

Title            ***Maruzella Bognoli v. Acton Agua Dulce Unified School District, et al.***

Proof of Service must be filed no later than **SEPTEMBER 12, 2025**.  Failure to timely file a proper Proof of Service will result in dismissal of Defendant Sedgwick Insurance Company.

     DEFENDANT AAD-USD:  Defendant has the right to challenge the Proof of Service filed by Plaintiff (Docket No. 11).  However, the Court notes that Defendant chose to file the BK Notice, so it was aware of the existence of this action.  If Defendant wishes to challenge service, it must file any such motion no later than **SEPTEMBER 12, 2025**.  Alternatively, by that date, Defendant AAD-USD may respond to Plaintiff's Complaint.  Should Defendant AAD-USD fail to respond to this Order to Show Cause, Plaintiff may apply for entry of default as to this Defendant.

     Plaintiff's Response to the BK Notice appears to oppose what she construed as a motion by Defendant AAD-USD to dismiss her lawsuit due to her pending bankruptcy action.  The Court views the BK Notice as a notice, not a motion.  At this stage of this action, Plaintiff's bankruptcy has no effect on her ability to prosecute this matter.

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of satisfactory responses to the Order to Show Cause.  Failure to timely respond to this Order to Show Cause may result in the actions outlined herein.

     The Court directs the Clerk's Office to add counsel for Defendant AAD-USD to the docket.  *See* Docket No. 14.  The Court further directs chambers staff to email a copy of this Order to counsel for Defendant AAD-USD.

     IT IS SO ORDERED.